UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KETEVAN (KETI) CHICHINADZE,

              Plaintiff,

          -v.-

BG BAR INC., ALEXANDER DIMITROV,
TANIA DIMCHEVA,

              Defendants.

18 Civ. 8069 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court understands from its review of the docket in Mr. Dimitrov's bankruptcy action, that on July 5, 2023, Judge Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York granted Ketevan Chichinadze's motion for an order modifying the stay in the instant case to allow Chichinadze to proceed in the action before this Court. (Bankr. E.D.N.Y. No. 21 Br. 40622 (Dkt. #135). Judge Mazer-Marino's order further set forth that enforcement of any judgment obtained in this action remain stayed pursuant to Section 362(a) of the Bankruptcy Code.

    Accordingly, the parties are to file a joint status letter on or before **August 21, 2023**, proposing next steps in this litigation.

    SO ORDERED.

Dated:  August 2, 2023
            New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge