# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

October 11, 2023

**VIA ECF**

Hon. Katherine Polk Failla, U.S.D.J.
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Chichinadze v. BG Bar Inc. et al.* **18-cv-8069 (KPF)**

Dear Judge Failla,

     Our firm represents Plaintiff Chichinadze ("Plaintiff") in the above-referenced action. I write to respectfully request that the Court adjourn the settlement conference currently scheduled for this Monday October 16, 2023 *sine die*. The reason for this request is that I am currently in Israel with my family and will be unable to attend in-person this coming Monday. If this request is granted, we respectfully request that the Court Order the Parties to meet and confer by October 18, 2023 to discuss our respective availabilities to reschedule the settlement conference and to thereafter immediately call chambers to ascertain the dates and times that work for the Court to reschedule the conference.

     I thank the Court for its attention to this matter and apologize to the Court and counsel for any inconvenience caused by this delay.

     Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

   /s/*Josef Nussbaum*
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)

The Court is in receipt of Plaintiff's letter filed at docket number 76 and Defendants' response letter filed at docket number 77.  The parties' joint application is hereby GRANTED.  The settlement conference scheduled for October 16, 2023, at 10:00 a.m. is hereby ADJOURNED *sine die*.  The parties are directed to meet and confer by October 18, 2023.

The Clerk of the Court is directed to terminate the pending motion at docket number 76.

Dated:    October 12, 2023           SO ORDERED.
          New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE