# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 981-9587 |
| Lucas Buzzard | www.jk-llp.com |

December 28, 2023



**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
U. S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:** *Chichinadze v. BG Bar Inc. et al.* **18-cv-8069 (KPF)**

Dear Judge Failla,

  We represent Plaintiff Chichinadze in the above-referenced action. We write, on behalf of all Parties, to respectfully request until January 15, 2024 to file copies of the settlement agreement in this matter. The Parties are still in the process of finalizing the settlement agreement and anticipate that the documents will be completed in the next few days.  This is the Parties' first request for an extension and all Parties consent.

  We thank the Court for its attention to this matter.

  Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

  /s/*Josef Nussbaum*
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)

Application GRANTED.  The deadline by which the parties must file copies of the settlement agreement shall be ADJOURNED *nunc pro tunc* to **January 15, 2024**.

The Clerk of the Court is directed to terminate the pending motion at docket number 81.

Dated:     December 29, 2023          SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE