# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph  
D. Maimon Kirschenbaum  
Denise Schulman  
Josef Nussbaum  
Lucas Buzzard  

32 Broadway, Suite 601  
New York, NY 10004  
Phone (212) 688-5640  
Fax (212) 981-9587  
www.jk-llp.com  

February 13, 2024

**VIA ECF**



Hon. Katherine Polk Failla  
United States District Judge  
U. S. District Court for the Southern District of New York  
40 Foley Square  
New York, NY 10007

      **Re:** *Chichinadze v. BG Bar Inc. et al.* **18-cv-8069 (KPF)**

Dear Judge Failla,

  We represent Plaintiff Keti Chichinadze in the above-referenced action.  We write to respectfully inform the Court that, earlier today, the parties finally agreed on a final draft of the settlement agreement in this matter. The parties expect to have that agreement fully executed in the next few days. Accordingly, together with counsel for Defendants, we respectfully request that the Court extend the 30 day Order in this matter for one more week to allow the parties to submit the fully executed agreement.

  We thank the Court for its continued attention to this matter.

  Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

  /s/*Josef Nussbaum*  
D. Maimon Kirschenbaum  
Josef Nussbaum  
32 Broadway, Suite 601  
New York, NY 10004  
(212) 688-5640

cc: All Counsel of Record (via ECF)

---

Application GRANTED.  The deadline is hereby ADJOURNED to **February 19, 2024.**  As this is the fourth request for an extension, no further extensions will be granted.  The Clerk of Court is directed to terminate the pending motion at docket number 88.

              SO ORDERED.

Dated:  February 14, 2024  
    New York, New York

              HON. KATHERINE POLK FAILLA  
              UNITED STATES DISTRICT JUDGE